IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:15-mj-00129-KJN |
| Plaintiff, | ) ) ) | ORDER TO SHOW CAUSE AND ORDER TO ISSUE NOTICE TO APPEAR RE: |
| v. | ) ) | PROBATION REVOCATION |
| TIMOTHY ALLEN STONE, | ) ) | |
| Defendant. | ) ) ) ) | |

**<u>ORDER TO SHOW CAUSE</u>**

It is Hereby Ordered that the defendant shall appear on July 26, 2017, at 9:00 a.m., to show cause why the probation granted on September 2, 2015, should not be revoked for the defendant's failure to comply with his Court-ordered probation.

///

///

///

///

///

///

It is further ordered that the Clerk's office shall issue a Notice to Appear directing the defendant to appear on July 26, 2017, at 9:00 a.m.

IT IS SO ORDERED.

Dated: June 13, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE