# UNITED STATES DISTRICT COURT
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**TIMOTHY ALLEN STONE** | AMENDED*<br>JUDGMENT IN A CRIMINAL CASE<br>(For **Revocation** of Probation or Supervised Release)<br>Criminal Number: **2:15MJ00129-001**<br>Defendant's Attorney: Linda Harter, Assistant Federal Defender |

**THE DEFENDANT:**

[✓] admitted guilt to violation of charge   1-4   as alleged in the violation petition filed on   6/9/2017  .

[ ] was found in violation of condition(s) of supervision as to charge(s) ___ after denial of guilt, as alleged in the violation petition filed on ___.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | Failure to Complete Community Service within the first 18 Months of the Term of Probation. | 6/9/2017 |
| 2 | Defendant Arrested and Charged with Violation of California Vehicle Code § 4000(a)(1). | 1/24/2016* |
| 3 | Defendant Arrested and Charged with Violation of California Vehicle Code § § 12500(a) and 5200(a) | 4/10/2016* |
| 4 | Defendant Charged with Violation of California Penal Code § 30305(a)(1) | 4/10/2016* |

The court:   [ ] revokes:   [✓] modifies:   [ ] continues under same conditions of supervision heretofore ordered on   9/2/2015  .

    The defendant is sentenced as provided in pages 2 through  2  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] Charge(s) ___ is/are dismissed.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

    It is ordered that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

9/1/2017
Date of Imposition of Sentence

*/s/ Kendall J. Newman*
Signature of Judicial Officer
**Kendall J. Newman**, United States Magistrate Judge
Name & Title of Judicial Officer
9/8/2017
Date

# PROBATION

The defendant is hereby sentenced to court probation for a term of :
1 year.

If this judgment imposes a fine, special assessment, processing fee or restitution, it is a condition of probation that Defendant pay in accordance with the Schedule of Payments sheet of this judgment.

While on probation, the Defendant shall be subject to and must comply with the following conditions of probation:

## CONDITIONS OF PROBATION

1. The Defendant shall complete 100 hours of community service within the first 10 months of the term of probation. The location where the community service is to be performed must be pre-approved by the U.S. Attorney's Office.
2. The Defendant shall not operate a motor vehicle unless defendant has a valid current license, the motor vehicle is properly registered, and defendant has insurance.
3. The Defendant shall notify the U.S. Attorney's Office within 72 hours of being arrests.*
4. The Defendant shall notify the U.S. Attorney's Office 10 days prior to any change in residence.*
5. The Defendant shall not violate any federal, state, or local laws.