IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TIMOTHY ALLEN STONE,<br><br>　　　　Defendant. | 2:15-mj-00129-KJN<br><br>ORDER TO SHOW CAUSE AND ORDER TO ISSUE SUMMONS RE: SECOND PROBATION REVOCATION |

### **ORDER TO SHOW CAUSE AND ISSUE SUMMONS**

It is Hereby Ordered that the defendant shall appear on September 12, 2018, at 9:00 a.m., to show cause why the probation granted on September 1, 2017, should not be revoked for the defendant's failure to comply with his Court-ordered probation.

///
///
///
///
///
///

It is further ordered that the Clerk's office shall issue a summons directing the defendant to appear on September 12, 2018, at 9:00 a.m.

IT IS SO ORDERED.

Dated: August 31, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE